JS-6

1 Brent H. Blakely (SBN 157292)
  bblakely@blakelylawgroup.com
2 Cindy Chan (SBN 247495)
  cchan@blakelylawgroup.com
3 BLAKELY LAW GROUP
  915 North Citrus Avenue
4 Hollywood, California 90038
  Telephone: (323) 464-7400
5 Facsimile: (323) 464-7410

6 *Attorneys for Plaintiff Quiksilver, Inc.*

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 QUIKSILVER, INC., a Delaware          ) CASE NO. SA CV 08-0888 AG (MLGx)
   Corporation,                          )
12                                        ) [PROPOSED] *ORDER GRANTING*
                          Plaintiff,      ) *CONSENT JUDGMENT INCLUDING*
13          vs.                           ) *A PERMANENT INJUNCTION;*
                                          ) *VOLUNTARY DISMISSAL WITH*
14 U.S. FURONG INTERNATIONAL,            ) *PREJUDICE AS TO DEFENDANT*
   INC., et al.,                          ) *SUNDAY SHOES, INC.*
15                                        )
                          Defendants.     )
16                                        )

17        Plaintiff Quiksilver, Inc. and Defendant Sunday Shoes, Inc. have entered into a

18 Settlement Agreement and Mutual Release as to the claims in the above referenced

19 matter.  Defendant, having agreed to consent to the below terms, it is hereby

20        **ORDERED**, **ADJUDGED**, and **DECREED** as among the parties hereto that:

21        1.     This Court has jurisdiction over the parties to this Final Judgment and has

22 jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

23        2.     Plaintiff Quiksilver, Inc. ("Quiksilver") is the owner of the DC Shoes®

24 Marks, including but not limited to, U.S. Registration Nos. 2317622, 2427124, and

25 3040219 (hereinafter "DC Marks").

26        3.     Plaintiff has alleged that Defendant's purchase and sale of footwear

27 falsely bearing the DC Marks constitutes trademark infringement and unfair

28

[PROPOSED] ORDER GRANTING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF
DEFENDANT SUNDAY SHOES, INC

1   competition under the Lanham Trademark Act, 15 U.S.C. § 1051, et seq. and under the

2   common law.   ~~other~~ unlawful

3       4.    Defendant and its agents, servants, employees and all persons in active

4   ~~concert and~~ participation with it who receive actual notice of this Final Judgment are

5   hereby permanently restrained and enjoined from infringing upon either the DC Marks,

6   either directly or contributorily, in any manner, including generally, but not limited to

7   manufacturing, importing, distributing, advertising, selling and/or offering for sale any

8   unauthorized product bearing the DC Marks, or marks confusingly similar to or

9   constituting a colorable imitation thereof, and, specifically from:

10       (a)    using the DC Marks or any reproduction, counterfeit, copy or

11   colorable imitation of same in connection with the manufacture, importation,

12   distribution, advertisement, offer for sale and/or sale of merchandise comprising not

13   the genuine products of Plaintiff, or in any manner likely to cause others to believe that

14   the counterfeit products are connected with Plaintiff or Plaintiff's genuine

15   merchandise;

16       (b)    passing off, inducing or enabling others to sell or pass off any

17   products or other items that are not Plaintiff's genuine merchandise as and for

18   Plaintiff's genuine merchandise;

19       (c)    committing any other acts calculated to cause purchasers to believe

20   that Defendant's products are Plaintiff's genuine merchandise unless they are such;

21   and

22       (d)    shipping, delivering, holding for sale, distributing, returning,

23   transferring or otherwise moving, storing or disposing of in any manner items falsely

24   bearing the DC Marks, or any reproduction, counterfeit, copy or colorable imitation of

25   same.

26       5.    Plaintiff and Defendant shall bear their own costs associated with this

27   action.

28

[PROPOSED] ORDER GRANTING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF
DEFENDANT SUNDAY SHOES, INC.

1    6.    The execution of this Final Judgment by Counsel for the parties shall

2  serve to bind and obligate the parties hereto.

3    7.    The jurisdiction of this Court is retained for the purpose of making any

4  further orders necessary or proper for the construction or modification of this Final

5  Judgment, the enforcement thereof and the punishment of any violations thereof.

6  Except as otherwise provided herein, this action is fully resolved with prejudice as to

7  Defendant Sunday Shoes, Inc.

8    8.    This Final Judgment shall be deemed to have been served upon Defendant

9  at the time of its execution by the Court.

10

11  DATED:   **FEB. 10**, 2009

                                 Honorable Andrew J. Guilford

12                                     **United States District Judge**

13

14  Respectfully Submitted by:

15  BLAKELY LAW GROUP

16

17  By:  _____

18  Cindy Chan
        **Attorneys for Plaintiff**
        **Quiksilver, Inc.**

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF DEFENDANT SUNDAY SHOES, INC.**